IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA          PLAINTIFF/RESPONDENT

V.          CASE NO. 5:09-CR-50018-001

NOEL ANDREW JACKSON          DEFENDANT/MOVANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 113) filed in this case on June 4, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 113) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. 2255 (Doc. 99) is **DENIED**.

IT IS SO ORDERED on this 6th day of August, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE